UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:25-cv-01463-AB-BFM               **Date:**   September 22, 2025

**Title:**   *Julian A.C. v. Frank Bisignano*

===========================================================

Present: The Honorable:   Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause (ECF Nos. 11, 12)**

On June 4, 2025, Plaintiff, who represents himself in this matter, filed his Complaint. (ECF 1). On August 12, 2025, Defendant filed an Answer to the Complaint as well as the certified Administrative Record. (ECF 9-10.)

This case is controlled by the Supplemental Federal Rules for Social Security Review Actions under 42 U.S.C. § 405(g). Rule 6 states that Plaintiff must file and serve a brief for the requested relief within 30 days after the Answer is filed. Accordingly, Plaintiff's opening brief in this action was due on or before September 12, 2025. As of the date of this Order, Plaintiff has not filed his opening brief.

Accordingly, **no later than October 21, 2025**, Plaintiff is **ordered to show cause** why this case should not be dismissed for failure to prosecute. Plaintiff may file his opening brief **on or before October 21, 2025**, and that will be treated as compliance with this Order to Show Cause.

**Plaintiff's failure to respond to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:25-cv-01463-AB-BFM                    **Date:**   September 22, 2025

**Title:**   *Julian A.C. v. Frank Bisignano*

========================================================

        While the Court cannot offer Plaintiff legal advice, there are several Federal Pro Se Clinics that offer information and guidance to individuals who are representing themselves in federal civil actions in the Central District of California. The clinics are operated by separate non-profit law firms—**not by the Court**. The lawyers and staff at the clinics will not take on direct representation of any individual, but they provide a broad range of information and guidance about many aspects of civil litigation in federal court. There is a separate clinic located at each of the three courthouses in the Central District of California:

        <u>Los Angeles</u>: The clinic is located in Suite 170 (Temple Street Level) of the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California 90012. For information on hours of operation and appointments, call (213) 385-2977, Ext. 270 or visit the Pro Se Clinic Home Page at https://prose.cacd.uscourts.gov/los-angeles. The Los Angeles Pro Se Clinic also offers many helpful templates, guides, samples, and instructional videos that are all available online at https://www.publiccounsel.org/services/federal-court/.

        <u>Santa Ana</u>: The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California. For information on hours of operation and appointments, call (714) 541-1010, Ext. 222 or visit the Pro Se Clinic Home Page at https://prose.cacd.uscourts.gov/santa-ana.

        <u>Riverside</u>: The clinic is located in Room 125 of the George E. Brown Federal Building, 3470 12th Street, Riverside, California 92501. For information on hours of operation and appointments, call (951) 682-7968 or visit the Pro Se Clinic Home Page at https://prose.cacd.uscourts.gov/riverside.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:25-cv-01463-AB-BFM                **Date:**   September 22, 2025

**Title:**   *Julian A.C. v. Frank Bisignano*

====================================================

Plaintiff may wish to consider contacting one of these clinics if he needs help understanding what the Court is instructing him to do.

**IT IS SO ORDERED.**

cc:    Julian A.C., pro se
       Counsel of record


Initials of Preparer:    ch