# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN A.C., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FRANK BISIGNANO, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | No. 5:25-cv-01463-AB-BFM <br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation and record in this matter. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Judgment is entered dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with Court orders;
3. The Clerk of Court is directed to close this action.

DATED: January 13, 2026　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE